**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Rd. Bld A, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
jenee@bankruptcy-lawnj.com

Order Filed on August 27, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Wycliffe Gorwyn Crawford

Debtor(s)

Case No.    23-19225

Chapter:    13

Hearing Date:    August 21, 2024 @ 10:00 a.m.

Judge: Hon. RG

**ORDER GRANTING PRE-CONFIRMATION CHAPTER 13 FEES
7/12/23 thru 7/25/24**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: August 27, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:   2
Debtors: Wycliffe Gorwyn Crawford
Case No. 23-19225/RG
Caption:  Order Granting Pre-Confirmation Chapter 13 Fees
_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Jenee Ciccarelli, Esq., is allowed a fee of $6,653.50 for services and $443.68 for disbursements for a total of $7,097.18 less $4,400.00 previously received leaving a balance due of $2,697.18.  The allowance shall be payable:

_____X____         through the Chapter 13 plan as an administrative priority.

_____         outside the Chapter 13 plan.

**ORDERED,** that Debtor's Plan payment shall remain the same; and it is further,

**ORDERED**, that Marie Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.