UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Road, Building A, Suite 301
Parsippany, NJ 07054
Phone: (973) 737-9060
Fax: (973) 619-0023
Email:jenee@bankruptcy-lawnj.com
Attorney for Debtor

In Re:

Wycliffe Gorwyn Crawford,

Debtor.

Case No.: 23-19225
Chapter: 13
Adv. No.:
Hearing Date: TBD
Judge: Gambardella

## CERTIFICATION OF SERVICE

1. I, _____Nyrva Redmond_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for ____Jenee K. Ciccarelli, Esq.____, who represents ____the Debtor____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____September 10, 2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Chapter 13 Debtor's Certification in Opposition to Creditor's Certification of Default

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 10, 2024

/s/ Nyrva Redmond
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd., Ste. 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Peter A. Lawrence Esq.<br>Fein, Such, Kahn & Shepard, PC<br>6 Campus Drive, Suite 304<br>Parsippany, NJ 07054 | Counsel for Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

2